Pro Se 1   (Rev. 09/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

|  |  |
|---|---|
| Demetri Kosta<br><br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint.*<br>*If the names of all the plaintiffs cannot fit in the space above,*<br>*please write "see attached" in the space and attach an additional*<br>*page with the full list of names.)*<br>-v-<br><br>United States of America<br><br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the*<br>*names of all the defendants cannot fit in the space above, please*<br>*write "see attached" in the space and attach an additional page*<br>*with the full list of names.)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. _____<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)*  ☐ Yes  ☐ No |

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Demetri Kosta |
| Street Address | 5 Hemlock circle |
| City and County | middleton, Essex |
| State and Zip Code | Massachusettes, 01949 |
| Telephone Number | 339-440-3448 |
| E-mail Address | emaildemetri@gmail.com |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

① Mass state police
policing
520 fellsway, Ate
medford, essex
Ma, 02155
781-396-0100

⑤ Reading police
policing
15 union st
reading, Essex
Ma 01867
781-944-1212

② Mass state police
policing
485 maple st
Danvers, Essex
Ma, 01923
978-538-6161

⑥ lawrence police
policing
90 lowell st
lawrence, Essex
Ma 01840
978-794-5900

③ Danvers police
policing
120 Ash street
Danvers Essex
Ma 01923
978-774-1213

⑦ Salem police
policing
95 margin st
salem, Essex
Ma 01970
978-744-1212

④ middleton police
policing
65 N main st
middleton, Essex
Ma 01949
978-774-4424

⑧ peabody police
policing
6 allens lane
peobody, Essex
Ma 01960
978-538-6300

9) Swampscott police
policing
531 Humphrey st
swampscott, Essex
Ma 01907
~~781-595-1111~~
781-595-1111

13) Amesbury Police
policing
19 school st
Amesbury, Essex
Ma 01913
978-388-1217

10) lynn police
policing
300 washington st
Lynn, Essex
Ma, 01902
781-595-2000

14) ipswich police
policing
15 elm st
ipswich, Essex
Ma 01938
978-356-4343

11) North Andover Police
policing
1475 osgood st,
NorthAndover, Essex
Ma, 01845
978-242-1500

15) newburyport Police
4 green st
Newburyport, Essex
Ma 01950
978-462-4411

16) georgetown police
policing
47 central st
georgetown, Essex
Ma 01833
978-352-5700

12) Rowley Police
policing
477 haverill st
Rowley, Essex
Ma 01869
978-948-7644

⑰ Haverill police
   policing
40 Bailey Blvd
haverill, Essex
Ma 01830
   978-373-1212

⑱ methuen police
   policing
90 hampshire st ste 1
Methuen, Essex
Ma 01844
   978-983-8698

⑲ Billerica police
   policing
6 good st
Billerica, Middlesex
Ma 01821
   978-671-0900

⑳ lowell police
   policing
50 arcand Dr Ste 4,
lowell, middlesex
Ma, 01852
   978-937-3200

㉑ Saugus Police
   policing
27 Hamilton st
saugus, Essex
Ma 01906
   781-941-1199

㉒ Revere police
   policing
23 pleasant st
Revere, Essex
Ma, 02151
   781-629-3627

㉓ Amherst police
   policing
111 main st
Amherst, hampshire
Ma 01002
   413-259-3000

㉔ North hampton police
   policing
29 center st
North hampton, hampshire
Ma 01060
   413-587-1100

25) Holyoke police
   policing
138 Appleton st,
holyoke, hampden
Ma 01040
413-322-6900

26) springfield police
130 pearl st
springfield, hampden
Ma 01105
413-787-6302

27) agawam police
   policing
681 Springfeild st
feeding hills, Hampden
Ma 01030
413-786-4767

28) Cambridge Police
   policing
125 6th st
cambridge, middlesex
Ma 02142
617-349-3300

29) winthrop police
   policing
3 metcalf sq
Winthrop, suffolk
Ma 02152
617-846-1212

30) Somerville Police
   policing
220 washington st
Somerville, middlesex
Ma 02143
800-922-2275

31) fitchburg police
   policing
20 elm st,
fitchburg, worcestor county
Ma 01420
978-345-4355

32) Boston police
   policing
40 new sudbury st
Boston, Suffolk
Ma 2114
617-343-4240

33) chelmsford police
policing
2 olde North Road
chelmsford, middlesex
Ma 01824
978 - 256 - 2521

37) Kingston Police
Policing
244 main st
Kingston, Plymouth
Ma, 02364
781 - 585 - 0523

34) Brockton police
Policing
7 commercial st
Brockton, Plymouth
Ma, 02302
508 - 941 - 0200

38) Bridgewater Police
Policing
220 pleasant st
Bridgewater, Plymouth
Ma 02324
508 - 697 - 6118

35) Rockland Police
Policing
490 market st
Rockland, Plymouth
Ma, 02370
781 - 871 - 3890

39) Norton Police
Policing
82 E main st
Norton, Plymouth
Ma, 62766
508 - 285 - 3300

36) taunton Police
Policing
23 summer st
taunton, Bristol
Ma, 02780
508 - 824 - 7522

40) framingham Police
Policing
1 william H Welch way
framingham, middlesex
Ma 01702
508 - 872 - 1212

(41) Wakefield Police
policing
1 union st
wakefield, middlesex
Ma 01880
781-245-1212

(45) Attorney General
unknown
1 ashburton Pl ste 181
Boston, Suffolk
Ma 02108
617-727-2200

(42) Quincy Police
Policing
1354 Hancock st
Quincy, Norfolk
Ma 02169
617-770-4989

(46) federal probation officer
unknown
Unknown
lawrence, Essex
Ma 01840
unknown

(43) chelsea Police
policing
19 park st
chelsea, Suffolk
Ma, 02150
617-466-4855

(47) fire department
extinguishing fires
4 lake st
Middleton, Essex
Ma 01949
978-774-2466

(44) federal courthouse
1 courthouse way
Boston, Suffolk
Ma 02210
857-239-8281

48) Attorney General
unknown
100 N Carson st,
carson city, carson city
NV , 89701
775 - 684 - 1100

49) las vegas police
policing
9850 w cheyenne Ave
las vegas, clark
NV 89129
702 - 828 - 3426

50) laughlin
~~Boulder~~ Police
policing
101 civic way ste 3
laughlin, Clark
NV 89029
702 - 298 - 2223

51) Attorney General
unknown
415 Congress st ste 301
Portland, Cumberland
Me, 04101
207-822-0260

52) Portland Police
Policing
109 middle st
Portland, cumberland
Me, 04101
207-874-8601

53) Kittery Police
Policing
200 rogers rd
Kittery, York
Me 03904
207-439-1638

54) Attorney General
unknown
33 capitol st
concord, Merrimack
NH 03301
603-271-3658

55) Merrimack Police
Policing
31 Baboosic lake Rd
Merrimack, merrimack
NH 03054
603-424-2222

56) Derry Police
Policing
1 municipal Dr,
Derry, Rockingham
NH 03038
603-432-6111

57) Amherst Police
Policing
175 amherst st
Amherst, Hillsborough
NH 03031
603-673-4900

58) Salem police
Policing
9 veterans Memorial Pkwy
Salem, Rockingham
NH 03079
603-893-1911

59) seabrook Police
Policing
7 liberty ln,
seabrook, Rockingham
NH 03874
603-474-5200

60) Hampton Police
Policing
100 Brown Ave
Hampton, Rockingham
NH 03842
603-929-4444

61) North hampton Police
Policing
233 Atlantic Ave
North hampton, Rockingham
NH 03862
603-964-8621

62) Manchester Police
    Policing
    405 valley st
    Manchester, Hillsborough
    NH 03103
    603 - 668 - 8711

63) Kingston Police
    policing
    16 main st
    Kingston, Rockingham
    NH 03848
    603 - 642 - 5742

64) Rye Police
    Policing
    555 washington Rd
    Rye, Rockingham
    NH 03870
    603 - 964 - 5522

65) Attorney General
unknown
1275 w washington st
Phoenix, Maricopa
AZ 85007
602-542-5025

66) Phoenix Police
Policing
2075 E Maryland Ave,
Phoenix, Maricopa
AZ 85016
602-495-5007

67) tempe Police
Policing
1855 E apache Blvd
Tempe, Maricopa
AZ 85281
480-350-8311

68) mesa police
policing
1010 w grove Ave,
Mesa, maricopa
AZ 85210
480-644-2614

69) chandler Police
policing
250 E chicago st
chandler, maricopa
AZ 85255
980-782-4000

70) Scottsdale police
policing
7601 E Mcellips Rd
scottsdale, Maricopa
AZ 85257
480-312-3701

71) Maricopa Police
Policing
39700 w civic center plaza
Maricopa, maricopa
AZ 85138
520-316-6800

72) Bullhead city Police
Policing
1255 marina Blvd
Bullhead city, Mohave
AZ 86442
928-763-9200

73 Kingman Police
   Policing
   2730 E andy Devine Ave,
   Kingman, mohave
   AZ  86401
   928-753-2191

74 Gilbert Police
   Policing
   75 e civic center Dr
   Gilbert, maricopa
   AZ 85296
   480-503-6500

75 lake havasu police
   Policing
   2360 mc Culloch Blvd N,
   lake havasu, Mohave
   AZ  86403
   928-855-1171

76) Attorney General-USA
Unknown
950 Pennsylvania Ave
Washington DC, washington
DC 20530-0001
800-877-8339

77) Fbi
Un Known
201 maple st
chelsea, Suffolk
Ma 02150
857-386-2000

(78) Randall Vanderspol
unKnown
9325 s rural Rd,
Tempe, Maricopa
AZ 85284
unKnown

(82) Elizebeth S. fitch
unknown
2111 E Highland Ave Su B44c
Phanix, maricopa
Arizona 85016
602-385-6.776

(79) Kristen bourdeau
unknown/possibly prostitution
2328 w Highland ct,
Chandler, maricopa
AZ 85224
unknown

(80) Tamara Kosta
unKnown
142 Franklin st
melrose, middlesex
Ma, 02176
unknown

(81) Arizona CommunityChurch
unknown, Possibly harbor coruption
9325 s Rural road
tempe, maricopa
AZ 85284
unknown

(83) L B J

unknown

3250 W lower Buckey Rd,

Phoenix, maricopa

AZ  85009

602-876-0322

Defendant No. 1

    Name                        United states of America

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 1  (Rev. 09/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question                ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Amendments: 2, 4, 5, 6, 8, 9, 10, 13, + 14

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

        The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b.    If the plaintiff is a corporation

        The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

        and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

        The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

    b.    If the defendant is a corporation

        The defendant, *(name)* _____ , is incorporated under

        the laws of the State of *(name)* _____ , and has its

        principal place of business in the State of *(name)* _____ .

        Or is incorporated under the laws of *(foreign nation)* _____ ,

        and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

    The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

---

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

---

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

III. statement of claim

All defendents 1-83 are all wrong for altering, orchestrating this disgusting live I live into existence. Causing me to be unable to file court documents properly + actually recieve restitution. These defendents are all guilty of drugging w/o consent, sexual assault, assault w/ deadly weapons, rocks, fist, feet, elbows, batons, glass bottle, ash tray, needles, sex toys, tooth brush, broom stick, base ball bat/club ect. drugs used, acid, heroine, fentynol, coke, meth and only God Knows exactly how many prescription drugs that were not prescribed. All are guilty of misprision, perjury, incapicitated theory, alienation of Affection.

IV. Relief

The defendents have caused
seizures, strokes, heart attacks, limp to
my walk/gait, neck complications, severe
back/spine complications, coma's, mental disorder,
phycologically impairment w/ paranoi and anxiety.
Constantly seeing angels + demons that others
cannot see. Inability to work. Inability to
be part of society, when at one time I
was socially acceptable. Suicidal thoughts.
homicidal thoughts. AKA crime of passion thoughts.
inability to marry again w/o going to jail.
The defendents have made my life into,
it would be better if I was dead. It
would have been better if the feds in
200 killed my physical body. Instead of being
Kind and ending my life, I had to witness
my wife being repititively raped, after being
drugged. She never knew, she was horrified.
I request the courts order the United
States of America to restitute me in the
amount of 151 million Euro's.

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   03/28/19

Signature of Plaintiff   *Demetri Kosta*

Printed Name of Plaintiff   Demetri Kosta

### B.   For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address